of New York City, for respondent. No opinion. Judgments and orders affirmed, with costs. Orders filed. See, also, 150 N. Y. Supp. 1083.

---

DE MITRY v. OLIN J. STEPHENS, Inc. (two cases). (Supreme Court, Appellate Division, First Department. December 24, 1914.) Actions by Cecelia De Mitry and by Ulisse De Mitry against Olin J. Stephens, Incorporated. No opinion. Motions denied, with $10 costs. Order filed. See, also, 150 N. Y. Supp. 1082.

---

DE NYIRI, Appellant, v. LAKE SHORE & M. S. RY. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. December 2, 1914.) Action by John De Nyiri, as administrator, etc., against the Lake Shore & Michigan Southern Railway Company.

PER CURIAM. Order affirmed, with costs.

KRUSE, P. J., and LAMBERT, J., dissent, and vote for reversal, on the ground that the case was properly submitted to the jury.

---

DICKINSON, Respondent, v. TYSEN, Appellant, et al. (Supreme Court, Appellate Division, First Department. December 31, 1914.) Action by John J. Dickinson against David J. Tysen, impleaded with others. G. M. Pinney, of New York City, for appellant. L. J. Vorhaus, of New York City, for respondent.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulates to reduce verdict to an amount equivalent to a commission of 2½ per cent., in which event the judgment, as so modified, and the order appealed from, are affirmed, without costs. Settle order on notice. See, also, 154 App. Div. 896, 138 N. Y. Supp. 1114.

LAUGHLIN and DOWLING, JJ., dissent, and vote to affirm.

---

DI PRETO et al., Respondents, v. CANAVAN BROS. CO., Appellant. (Supreme Court, Appellate Division, First Department. December 18, 1914.) Action by Carlina Di Preto and another against the Canavan Bros. Company. C. E. Sutherland, of New York City, for appellant. M. Feltenstein, of New York City, for respondents. No opinion. Judgment and order affirmed, with costs. Order filed.

---

DOLPHIN, Respondent, v. PENDLETON, Appellant. (Supreme Court, Appellate Division, First Department. November 27, 1914.) Action by M. Martin Dolphin against Fields S. Pendleton, individually and as president, etc. A. F. Cushman, of New York City, for appellant. M. W. Wood, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 149 N. Y. Supp. 1078.

---

DOOLEY, Respondent, v. HAY FOUNDRY & IRON WORKS, Appellant. (Supreme Court, Appellate Division, Second Department. December 18, 1914.)· Action by Mary Dooley, as administratrix, etc., against the Hay Foundry & Iron Works.

PER CURIAM. Judgment and order affirmed, with costs.

CARR, J., not voting.

---

DOSZTAL, Respondent, v. KOTTEN, Appellant. (Supreme Court, Appellate Division, First Department. December 24, 1914.) Action by Hellene Dosztal, as administratrix, against H. G. Kotten. G. P. Fall, of New York City, for appellant. Henry Leon Slobodin, of New York City, for respondent.

PER CURIAM. Judgment and order affirmed, with costs.

DOWLING and HOTCHKISS, JJ., dissent, and vote for reversal and dismissal of complaint, on the ground that there is no proof of the defendant's negligence, or of the absence of contributory negligence on the part of the plaintiff. Order filed.

---

DRESSLER, Appellant, v. KEYSTONE FILM CO., Respondent. (Supreme Court, Appellate Division, First Department. December 24, 1914.) Action by Marie Dressler against the Keystone Film Company. N. G. Goldberger, of New York City, for appellant. A. B. Graham, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

DREW, Appellant, v. COLEMAN, Respondent, et al. (No. 6675.) (Supreme Court, Appellate Division, First Department. December 31, 1914.) Appeal from Special Term, New York County. Action by John A. Drew against Charles Philip Coleman, impleaded, etc. From an order granting motion to make complaint more definite and certain, plaintiff appeals. Modified and affirmed. W. Bourke Cockran, of New York City, for appellant. David Leventritt, of New York City, for respondent.

PER CURIAM. The order appealed from should be modified as follows, and, as so modified, affirmed, without costs: Subdivision 1: Stricken out. Subdivision 2: Amended, so as to read as follows: "Whether or not it is intended to be alleged that this defendant or the board of directors of which he was a member received any part of the amount referred to in paragraph twenty-fifth of the complaint as 'various sums aggregating five and a half million dollars.'" Subdivision 3: Strike out the last 9 words thereof: "And, if a part, what amount was so received." Subdivision 4: Strike out the last 26 words thereof: "And, if a part of said sum, what amount is alleged to have so disappeared, and, if so, of what said wrongful acts or negligence consisted." Subdivision 5: Strike out the words: "And in what transaction or transactions." Subdivision 6: Strike out the words: "And, if a part what part."

---

DREW, Appellant, v. WOODIN, Respondent, et al. (No. 6676.) (Supreme Court, Appellate Division, First Department. December 31, 1914.) Appeal from Special Term, New York County. Action by John A. Drew against William H. Woodin, impleaded, etc. From an order